| AO-10 Rev. 1/2002 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2005 | **Report Required by the Ethics in Government Act of 1978** (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) Shea, Edward F | 2. Court or Organization United States District Court | 3. Date of Report 8/10/2006 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Article III Active Judge | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2005 to 12/31/2005 |
| 7. Chambers or Office Address 825 Jadwin Avenue, Ste. 190 Richland, WA 99352 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto. it is, in my opinion. in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES: The instructions accompanying this form** must be followed. Complete all parts, checking the NONE box for each part where you have **no reportable information. Sign on last page.**

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Officer/Director | Shea Enterprises, Inc. - Corporation |
| 2. | Real Estate Tenancy in Common | Shea & Kuffels(Building) |
| 3. | 50% Shareholder | Shea Gourmet - Corporation |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse: see pp. 17-24 of filing instructions)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours. not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | 2005 | Rental Income | 17847 |

RECEIVED 2006 AUG 21 A 11:05 FINANCIAL DISCLOSURE

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of Whitman | Loan on corporation | K |
| 2. | Credit Union | 2nd Home loan | J |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Property - Pasco, WA | D | Rent | M | W | | | | | |
| 2. Northwestern Mutual Life Insurance | | None | K | | | | | | |
| 3. Northwestern Mutual Life Insurance | | None | K | | | | | | |
| 4. Northwestern Mutual Life Insurance | | None | K | | | | | | |
| 5. Merrill Lynch(cash equivalent) | | None | J | T | | | | | |
| 6. Art | | None | K | W | | | | | |
| 7. Schwab Money Market Fund | | None | J | T | | | | | |
| 8. Charles Schwab Cash Account | | None | K | T | | | | | |
| 9. Elan Corp PLC | | None | J | T | Buy | 3/9 | J | | |
| 10. Elan Corp PLC | | | | T | Buy | 4/1 | J | | |
| 11. Elan Corp PLC | | | | T | Buy | 4/27 | J | | |
| 12. Elan Corp PLC | | | | T | Partial Sale | 6/6 | J | | |
| 13. Elan Corp PLC | | | | T | Buy | 12/7 | J | | |
| 14. Vanguard Health Care Fund | | None | K | T | Partial Sale | 3/22 | J | | |
| 15. Vanguard Health Care Fund | | None | K | T | | | | | |
| 16. Microsoft Corp. | | None | L | T | Partial Sale | 3/2 | K | | |
| 17. DFA US Large Cap Value Portfolio (DFLVX) | | None | K | T | | | | | |
| 18. Meridian Value Fund | | None | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
     F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
     N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
     P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
     U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code I (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. DFA US 9-10 Small Co (DFSVX) | | None | K | T | | | | | |
| 20. DFA Micro Cap (DFSCX) | | None | K | T | Partial sale | 3/2 | J | | |
| 21. DFA Micro Cap (DFSCX) | | | | T | Partial sale | 5/25 | J | | |
| 22. Coins | | None | J | T | | | | | |
| 23. Fishcreek Ltd | | None | K | T | | | | | |
| 24. VALIC (Comprised of #s24-39)* | | None | M | T | | | | | |
| 25. American Funds American Balanced | | None | | T | Partial Exch | 1/31 | J | | |
| 26. American Funds American Balanced | | | | T | Exchange | 7/28 | | | |
| 27. American Funds Growth Fund of America | | None | J | T | Exchange | 7/6 | J | | |
| 28. Credit Suisse Fixed-income Common shares | | None | J | T | Partial Exch | 7/16 | J | | |
| 29. Credit Suisse Fixed-income Common shares | | | | T | Partial Exch | 10/4 | J | | |
| 30. Dreyfus Premier Technology Growth | | None | J | T | | | | | |
| 31. Franklin Balance Sheet Investments | | None | K | T | Partial Exch | 1/31 | J | | |
| 32. Oppenheimer Global Shares | | None | K | T | Partial Exch | 1/31 | J | | |
| 33. Dreyfus Midcap Index Fund | | None | | T | Exchange | 5/24 | J | | |
| 34. Valic Fixed-Interest Option | | None | K | T | | | | | |
| 35. Munder Fram Health A | | None | J | T | | | | | |
| 36. Pioneer Mid Cap Value | | None | K | T | Exchange | 5/24 | K | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Dreyfus Small Cap Stk Index | | None | J | V | Partial Exch | 1/31 | J | | |
| 38. Dreyfus Small Cap Stk Index | | | | V | Exchange | 7/28 | | | |
| 39. Dreyfus Small Cap Stk Index | | | | V | Partial Exch | 10/4 | | | |
| 40. South Boston Savings Bank Life Ins | | None | J | T | | | | | |
| 41. Globix Corp | | None | J | T | | | | | |
| 42. Schwab Value Advantage Money Fund | | None | K | T | | | | | |
| 43. Nasdaq 100 Shares | | None | | T | Sale | 2/9 | J | | |
| 44. Plum Creek Timber | | None | K | T | Partial Sale | 1/16 | K | | |
| 45. GESA Credit Union | A | Interest | | | | | | | |
| 46. AVISTA Corp | | None | J | T | Partial Sale | 4/27 | J | | |
| 47. Agere System | | None | J | T | Partial Sale | 4/4 | J | | |
| 48. Agere System | | | | T | Buy | 4/27 | J | | |
| 49. Agere System | | | | T | Partial Sale | 10/3 | K | | |
| 50. Flextronics | | None | | T | Sale | 1/6 | J | | |
| 51. Cryptologic | | None | | T | Buy | 3/22 | K | | |
| 52. Cryptologic | | | | T | Buy | 7/12 | K | | |
| 53. Rubio's | | None | | T | Sale | 1/4 | J | | |
| 54. Black Rock Strategic Dividend (BDT) | | None | K | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

FINANCIAL DISCLOSURE REPORT

Page 4 of 4

Name of Person Reporting

Shea, Edward F

Date of Report ·

8/10/2006

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code I (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Int'l GameTech (IGT) | | None | K | T | Partial Sale | 1/10 | J | | |
| 56. Int'l GameTech (IGT) | | | | T | Partial Sale | 3/9 | K | | |
| 57. Int'l GameTech (IGT) | | | | T | Buy | 4/5 | J | | |
| 58. Int'l GameTech (IGT) | | | | T | Buy | 12/7 | J | | |
| 59. Flextronics | | None | K | T | | | | | |
| 60. TriConGlobal - YUM | | None | K | T | | | | | |
| 61. Oracle | | None | | T | Buy | 1/10 | J | | |
| 62. Oracle | | | | T | Sale | 3/22 | J | | |
| 63. Phillips Electric | | None | J | T | Buy | 1/10 | K | | |
| 64. Phillips Electric | | | | T | Partial Sale | 6/2 | J | | |
| 65. Banco Bilabo | | None | J | T | Buy | 1/10 | J | | |
| 66. Bank of America | | None | K | T | Buy | 1/10 | K | | |
| 67. Macquarie | | None | K | T | Buy | 1/10 | K | | |
| 68. Macquarie | | | | T | Buy | 8/31 | K | | |
| 69. Pfizer | | None | K | T | Buy | 3/2 | K | | |
| 70. E-Bay | | None | K | T | Buy | 4/1 | K | | |
| 71. Siliconware (SPON) | | None | J | T | Buy | 12/19 | J | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS          (Indicate part of Report.)

\* Section VII.; line 24;  VALIC --  "Exchange" or "Partial Exch"  as used in items 24-39 means that under the Valic plan, the participant can exchange funds from one mutual fund for another mutual fund within that plan.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signatur[e] _____ Date____ 8/18/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

```
FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

   Committee on Financial Disclosure
   Administrative Office of the United States Courts
   Suite 2-301
   One Columbus Circle, N.E.
   Washington, D.C. 20544
```